UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-622M |
| v. ) | |
| ) | |
| CARL D. MATTOS, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

    Count 1: Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(2)(2).

    Count 2: Domestic Violence Misdemeanant in Possession of a Firearm in violation of Title 18 U.S.C. §§ 922(g)(9) and 924(a)(2).

Date of Detention Hearing:   February 9, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required or the safety of the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)   Defendant has had twenty (20) incidents of failure to appear in Court on misdemeanor cases, four (4) failures to appear on felony cases, and thirty (13) failures to

comply.

(2) Defendant has six (6) additional arrests for eleven (11) charges from the District of Hawaii.

(3) Defendant has a significant history of substance abuse.

(4) Defendant is view as a risk of flight based on his prior criminal background history and because of the instant offense.

(5) There are no apparent conditions or combination of conditions existing that will will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of February, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge